AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| KENNETH EARL HENRY<br>aka James Wise, aka Jamal Gates<br>DOB: 8/23/1973<br>PDID: 498-271 | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 17, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

an alien who previously has been deported and removed from the United States, was found in the United States after that deportation without having obtained the required, express consent of the Attorney General or the Secretary of the Department of Homeland Security, as required by laws of the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am __William C. Hampton, Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE)__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Debra Long-Doyle   (202) 305-0634
Sworn to before me and subscribed in my presence,

Signature of Complainant
William C. Hampton, Special Agent
U.S. Immigration and Customs Enforcement

_____
Date

at   __Washington, D.C.__
     City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

    I, William C. Hampton, being duly sworn, depose and state:

    1. I am a Special Agent (SA) of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE).  I have been an agent with ICE, formerly the Immigration and Naturalization Service (INS) since May 1998.  I successfully completed the Immigration Officer Basic Training Course at the Federal Law Enforcement Training Center in September 1998, where I received training in Immigration law, Nationality law, and Criminal law.  My current assignment is with the ICE Office of Investigations, District of Columbia Office, which is physically located in Fairfax, Virginia.

    2.  This Affidavit contains information in support of an arrest warrant and criminal information charging Kenneth Earl HENRY with being an alien who was arrested and previously deported from the United States, who has been found in the United States after that deportation without having obtained the required, express consent of the U.S. Attorney General or the Secretary of the Department of Homeland Security, or his delegate in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

    3. The facts and information contained in this Affidavit are based on my personal knowledge, as well as my review of official documents and materials containing the observations of other agents and officers involved in this investigation.  This Affidavit contains information necessary to support probable cause, and is not intended to include each and every fact and matter observed by me or known to the government.

    4. On or about June 2, 1983, at or near Baltimore, Maryland, Kenneth Earl HENRY, a native and citizen of Jamaica, was admitted into the United States as a lawful permanent resident.

    5. On or about July 14, 2000, Kenneth Earl HENRY was convicted in the Superior Court

of the District of Columbia for the offense of Carrying a Pistol without a License, in violation of D.C. Code, section 22-3204.

6. On or about March 4, 2002, Kenneth Earl HENRY was convicted in the United States District Court for the District of Columbia for the offense Unlawful Distribution of Fifty Grams or More of Cocaine Base, in violation of Title 21, United States Code, section 841(a)(1) and 841(b)(1)(A)(iii). Under federal law, this conviction constitutes an aggravated felony. *See* 8 U.S.C. 1101(43)(B).

7. On or about March 4, 2002, Kenneth Earl HENRY was taken into custody, by a Special Agent of the Immigration and Naturalization Service because the convictions listed in paragraphs five and six above are violations of the Immigration and Nationality Act.

8. On or about March 22, 2002, in Arlington, Virginia, Kenneth Earl HENRY was ordered removed from the United States by an Immigration Judge.

9. On or about May 24, 2002, at Miami, Florida, Kenneth Earl HENRY affixed a print of his right index finger to an I-205, Warrant of Deportation; he was officially warned that he could not re-enter the United States, at any time, without the express consent of the Attorney General of the United States; he was placed on an American Airlines flight and deported to Jamaica by an INS Detention Enforcement Officer, who witnessed his departure.

10. On July 14, 2006, Kenneth Earl HENRY was arrested at 1442 Sommerset Place, NW, Apt 203, Washington, D.C., by members of the US Marshals Capital Area Task Force, based on an outstanding warrant from Culpepper, Virginia for aggravated assault. At the time of his arrest, Kenneth Earl HENRY had in his possession a District of Columbia driver's license, which contained his likeness, in the name of James E. Wise.

11. On July 17, 2006, Kenneth Earl HENRY was found in the District of Columbia

Superior Court. He was administratively arrested by an ICE Special Agent for entering the United States without being admitted or paroled by an Immigration Officer. He was transported to the ICE Office of Investigations in Fairfax, Virginia where he was fingerprinted, photographed, and given his Immigration administrative rights.

12. On July 17, 2006, Kenneth Earl HENRY's fingerprints were electronically submitted to the FBI through the Integrated Automated Fingerprint Identification System (IAFIS). The FBI advised this affiant that the fingerprints taken from Kenneth Earl HENRY match the prints of Kenneth Earl HENRY, FBI # xxxxxxxxx, taken and processed following his prior arrests in Washington, D.C.

13. Based on the above information, I have probable cause to believe that Kenneth Earl HENRY, aka James WISE, aka Jamal GATES, is an alien who had been deported or removed from the United States on or about May 24, 2002 did unlawfully enter and who has now been found in the District of Columbia, in the United States, without having obtained the express consent of the Attorney General of the United States for reapplication for admission to the United States, prior to March 1, 2003, and without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission to the United States on or after March 1, 2003. (In violation of Title 8, United States Code, section 1326(a) & (b)(2) as modified by Title 6, United States Code, sections 202(3) and (4), 542(d), and 557).

    _____
    William Hampton, Special Agent
    United States Immigration and Customs Enforcement

Subscribed and sworn to before me this
_____ day of July 2006.

    _____
    UNITED STATES MAGISTRATE JUDGE
    District of Columbia