AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**KENNETH EARL HENRY,**
aka James Wise,
aka Jamal Gates

## WARRANT FOR ARREST

CASE NUMBER: 06-336-M-01

**FILED**
AUG 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___KENNETH EARL HENRY___
                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

an alien who previously has been deported and removed from the United States, was found in the United States after that deportation without having obtained the required, express consent of the Attorney General or the Secretary of the Department of Homeland Security, as required by laws of the United States.

in violation of Title _8_ United States Code Section(s) _§ 1326(a) & (b)(2)_

URBINA J. RMU
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

URBINA J. RMU
Title of Issuing Officer

JUL 28 2006  District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-28-06 | Sean McLeod | Sean McLeod |
| DATE OF ARREST | SDUSM | |
| 8-10-06 | | |