IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> KENNETH E. HENRY, ) <br> ) <br> Defendant. ) <br> / | Case No.: 06-336 |

## NOTICE OF SUBSTITUTION OF COUNSEL

WILL THE CLERK OF THE COURT, please note the appearance of undersigned counsel as attorney of record for the Defendant Mr. Kenneth E. Henry.

1. The undersigned counsel has been retained and is substituting for Mr. Henry's former counsel Mary M. Petras, Esq.

Date: August 24, 2006,                              Respectfully submitted,


_____/s/_____
Dominic G. Vorv, Esq.  #470139
The Vorv Firm, P.L.L.C.
1717 K Street, N.W.
Suite 505
Washington, D.C.  20006
202-466-8822

Counsel for Defendant