UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0336M-01 (CR) |
| **KENNETH E. HENRY**, | : | VIOLATIONS: 8 U.S.C. §1326(a) and (b)(2) |
| **Defendant**. | : | (Reentry of an Alien Deported Following |
| | : | Conviction for an Aggravated Felony) ; |
| | : | 18 U.S.C. § 911 |
| | : | (Falsely Claiming United States Citizenship) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 14, 2006, within the District of Columbia, **KENNETH E. HENRY**, an alien, was found in the United States after having been deported from the United States, following his conviction in the United States District Court for the District of Columbia, on or about March 4, 2002, for Distribution of 50 Grams or More of Cocaine Base, Criminal Case No. 00-424, an aggravated felony, without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

(**Reentry of an Alien Deported Following Conviction for an Aggravated Felony,** in violation of Title 8, United States Code, Sections 1326(a) and (b)(2))

**COUNT TWO**

On or about November 12, 2003, within the District of Columbia, **KENNETH E. HENRY**, did falsely and willfully represent to an officer of the U.S. Immigration and Naturalization Service, that he is a citizen of the United States, while knowing that he is a citizen of Jamaica.

(**Falsely Claiming United States Citizenship**, in violation of Title 18, United States Code, Section 911)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.