UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**        )
                                    )
      **v.**                         )   No. 01:06-cr-299-RJL
                                    )
**KENNETH E. HENRY**                )

<u>Consent Motion to Continue Arraignment</u>

    The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to continue the arraignment in the above matter, now scheduled for October 17, 2006, at 4:15 p.m.  As grounds therefor, the government advises that the undersigned Assistant U.S. Attorney, who is assigned to this matter, has a conflict on the above date and time.  In addition, the government advises the Court that the parties expect this matter to be resolved without a trial at the time of arraignment.

    Counsel for the defendant has advised that the defendant does not oppose this motion.  A proposed Order is attached.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    United States Attorney

      by: _____
           Michael C. Liebman
           Assistant United States Attorney
           D.C. Bar No. 479562
           555 Fourth Street, N.W., room 4231
           Washington, D.C.  20530
           353-2385
           michael.liebman@usdoj.gov

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA** )
                             )
      v.            )   No. 01:06-cr-299-RJL
                             )
**KENNETH E. HENRY**         )

<u>O R D E R</u>

Upon motion of the United States, and without opposition of the defendant, the arraignment in this matter is continued to _____ \_\_, 2006, at \_\_\_\_\_.

SO ORDERED.


_____                          _____
date                               Richard J. Leon
                                   United States District Judge