UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**       )
                                   )
         v.                        )   No. 01:06-cr-299-RJL
                                   )
**KENNETH E. HENRY**               )

        <u>Amended Consent Motion to Continue Arraignment</u>

   The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to continue the arraignment in the above matter, now scheduled for October 17, 2006, at 4:15 p.m., due to a scheduling conflict. In addition, the government advises the Court that the parties expect this matter to be resolved without a trial at the time of arraignment, and that the ends of justice served by granting a continuance therefore outweigh the best interests of the public and the defendant in a speedy trial.

   Counsel for the defendant has advised that the defendant consents to this motion. A proposed Order is attached.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        United States Attorney

            by:    _____
                   Michael C. Liebman
                   Assistant United States Attorney
                   D.C. Bar No. 479562
                   555 Fourth Street, N.W., room 4231
                   Washington, D.C.  20530
                   353-2385
                   michael.liebman@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**     )
                                 )
     v.                          )   No. 01:06-cr-299-RJL
                                 )
**KENNETH E. HENRY**             )

O R D E R

    Upon motion of the United States, and with the consent of the defendant, the arraignment in this matter is continued to _____ \_\_, 2006, at \_\_\_\_\_.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial, because the parties are negotiating a non-trial resolution of the case.  Accordingly, the time periods for which this case must be arraigned and tried, pursuant to the Speedy Trial Act and the Speedy Trial Plan of the United States District Court for the District Court of the District of Columbia, are tolled from October 17, 2006, until _____ \_\_, 2006.

    SO ORDERED.

_____                           _____
date                              Richard J. Leon
                                  United States District Judge