UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-299 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **KENNETH EARL HENRY,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF APPEARANCE AND ASSIGNMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael C. Liebman at telephone number (202) 353-2385 and/or email address Michael.Liebman@usdoj.gov. Please also consider this as AUSA Liebman's Notice of Appearance in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

---

Michael C. Liebman, #479-562
Assistant United States Attorney
Federal Major Crimes,
555 4th Street, NW, Room 4231
Washington, DC 20530
(202) 353-2385