IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 06-cr-299 |
| | : | |
| | : | |
| **Kenneth Henry** | : | |

LINE ENTERING APPEARANCE

Please enter the appearance of Nikki Lotze, and the law firm of Roberts & Wood, for defendant Michael Shaw.

Respectfully submitted,

_____/s/_____
Nikki Lotze, #447-881
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737
(301) 699-0764