IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                           ) | Case No.:     06-299 |
| ) | |
| KENNETH E. HENRY,              ) | |
| ) | |
| Defendant.                       ) | |

## MOTION TO WITHDRAW

WILL THE CLERK OF THE COURT, please note the below referenced attorneys Motion To Withdraw as attorney of record for the Defendant Mr. Kenneth E. Henry.

1. Defendant has retained new Counsel Nikki U. Lotze, Esq. and new Counsel has entered her appearance in the above referenced case.

Date: August 24, 2006,Respectfully submitted,


_____/s/_____
Dominic G. Vorv, Esq.  #470139
The Vorv Firm, P.L.L.C.
601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C.  20004
202-466-8822