IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | Case Number: 00-cr-424 |
| | | 06-cr-299 |
| **Kenneth Henry** | : | |

<u>DEFENDANT'S MOTION TO CONTINUE SENTENCING</u>

Kenneth Henry, through undersigned counsel, respectfully moves this Court, to continue the time of sentencing in this case. In support of this motion counsel states the following:

1. Sentencing is scheduled for February 2, 2007 at 9:00 a.m.

2. Undersigned counsel has a previously scheduled oral argument on the same day at 9:30 a.m in the United States Court of Appeals for the District of Columbia Circuit in the case of <u>United States v. William Lawson</u>, Case Number 06-3035.

3. Counsel has contacted AUSA Mike Liebman, who has no opposition to this request.

4. Both counsel are available on February 2, 2007 at 12:00 p.m.

WHEREFORE, the defendant requests that this Honorable Court continue the time of sentencing in the captioned case.

Respectfully submitted,

/s/
_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| v. | : Case Number: 00-cr-424 |
| | 06-cr-299 |
| **Kenneth Henry** | : |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____ day of _____ 2007, hereby

ORDERED that the Motion is GRANTED and the sentencing currently set for February 2, 2007 at 9:30 a.m. is hereby continued to 12:00 p.m.

_____
JUDGE

cc:   Nikki Lotze
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Mike Liebman
      Office of the United States Attorney
      555 Fourth Street, NW
      Washington, D.C. 20530