## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| **v.** | : | **Case Number: 06-cr-299** |
| **Kenneth Henry** | : | |

<u>DEFENDANT'S MOTION TO CONTINUE SENTENCING</u>

Kenneth Henry, through undersigned counsel, respectfully moves this Court, to continue the time of sentencing in this case. In support of this motion counsel states the following:

1.    Sentencing is scheduled for February 2, 2007 at 9:00 a.m.

2.    Undersigned counsel has a previously scheduled oral argument on the same day at 9:30 a.m in the United States Court of Appeals for the District of Columbia Circuit in the case of <u>United States v. William Lawson</u>, Case Number 06-3035.

3.    Counsel has contacted AUSA Mike Liebman, who has no opposition to this request.

4.    Both counsel are available on February 2, 2007 at 12:00 p.m.

WHEREFORE, the defendant requests that this Honorable Court continue the time of sentencing in the captioned case.

Respectfully submitted,

/s/

_____

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                              :

**v.**                                         :          **Case Number: 06-cr-299**

**Kenneth Henry**                              :

## PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____

day of _____ 2007, hereby

ORDERED that the Motion is GRANTED and the sentencing currently set for February

2, 2007 at 9:30 a.m. is hereby continued to 12:00 p.m.


_____

JUDGE

cc:    Nikki Lotze
       Roberts & Wood
       6801 Kenilworth Avenue
       Suite 202
       Riverdale, MD 20737

       AUSA Mike Liebman
       Office of the United States Attorney
       555 Fourth Street, NW
       Washington, D.C. 20530