IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | 06-299(JR) |
| | : | |
| KENNETH HENRY | : | |

DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Comes now Kenneth Henry, by and through undersigned counsel, and respectfully submits the following Memorandum in Aid of Sentencing for the Court's consideration in this matter.

Counsel agrees with the presentence report, that the guidelines range applicable in these two cases are: 30-37 months for the charge of illegally re-entry in case number 06-cr-299(JR), and 6-12 months upon revocation of his supervised release in case number 00-cr-424(JR). Counsel supports the government's recommendation for sentences at the lowest end (30 months and 6 months, respectively) of those ranges.[1]  However, counsel would urge the Court to impose concurrent sentences in 00-cr-424, and in 06-cr-299.

Counsel makes this request fully aware that the U.S. Sentencing Guidelines Manual "mandates" that consecutive sentences be imposed upon revocation of supervised release, as follows:

> Any term of imprisonment imposed upon the revocation of probation or supervised release shall be ordered to be served consecutively to any sentence of imprisonment that the defendant is serving, whether or not the sentence of

---

[1] Pursuant to a plea agreement negotiated between prior counsel and the government, Mr. Henry agreed not to seek a sentence below the applicable guideline range. *See* Agreement at p. 3.

>imprisonment being served resulted from the conduct that is the basis of the revocation of probation or supervised release.

U.S.S.G. §7B1.3(f).

Nonetheless, even prior to the Sentencing Guidelines as a whole becoming advisory, chapter seven – governing violations of supervised release – always contained simply policy statements, without the force of the previously mandatory, and now themselves advisory – guidelines. Thus, despite the language of section 7B1.3(f), it would seem to be within the Court's authority to impose concurrent sentences for Mr. Henry's new law violation (06-cr-299), which also constitutes a violation of the supervised release imposed by the Court in 00-cr-424.

In light of the facts and circumstances of this case, such a sentence would be entirely appropriate.

Mr. Henry unlawfully returned to this country following deportation because he was contacted by Maureen Wise, the mother of his 4 children: Kendall (8); Kennedy (7); Kendra (6), and Kenya (5) Henry. On March 6, 2005, Ms. Wise advised Mr. Henry that their oldest son, Kendall, was hospitalized and scheduled to undergo surgery, which she described to Mr. Henry as life threatening. On March 8, 2005,, Mr. Henry illegally re-entered the United States, motivated entirely by his desire to be present for his then 6 year old son and his family.

In fact, six year old Kendall did undergo surgery to remove a kidney at Culpepper Regional Hospital (*see* attached Medicaid bill detailing treatment). He remained hospitalized for three days, following which he was bed-ridden for an extended period of

in-home convalesence.  Mr. Henry arrived in the Country in time to help his 6 year old boy home from the hospital, and remain with him in the home while he recovered.

During that time, Mr. Henry made himself tremendously useful to his young children and their mother.  As Ms. Wise reports, with Mr. Henry there to help with the kids, she was able to support the family financially and keep the family from becoming homeless (*see* attached letter from Maureen Wise).

Counsel cannot imagine a more compelling nor sympathetic reason to explain one's illegal re-entry into the United States.  It is extraordinarily difficult on Mr. Henry and his family that in May 2002, he was deported as a result of his criminal conduct in 00-cr-424.  Despite the hardships wrought on the children, their mother, and Mr. Henry himself, he complied with the law and did stay away from his family and the United States until this emergency arose in March 2005.

In addition, because of his status as a deportable alien, Mr. Henry is not eligible to receive benefits ordinarily conferred upon Federal prisoners as they approach the end of a period of incarceration. *See United States v. Smith,* 27 F.3d 649 (D.C. Cir. 1994)(authorizing downward departure from sentencing guidelines range where a defendant's status as deportable alien causes increase in severity of confinement, *e.g.,* preventing defendant from being released to community confinement 6 months prior to release date).

While Mr. Henry does not wish to violate his plea agreement by seeking a below-guidelines sentence based upon *Smith*, counsel would urge the Court to take the spirit of *Smith* into account in determining whether it would be appropriate to sentence Mr. Henry to concurrent terms of incarceration on the two separate cases.

Finally, contrary to the assertion in the PSR that Mr. Henry has not yet paid the $100 assessment, (*see* PSR at para. 67, p.14), counsel submits the attached receipt showing payment of such assessment on December 13, 2006.

Counsel asks that the Court take all of these matters into consideration in fashioning an appropriate sentence. In light of all the foregoing, counsel respectfully recommends that the Court impose sentences of 30 months in 06-cr-299, and 6 months in 00-cr-424, to be served concurrently.

In addition, to the extent the Court is able to impact the speed with which Mr. Henry is deported following his service of the Court's sentence, Mr. Henry respectfully requests that he be deported as quickly as possible, without the need for an additional period of confinement (typically around 3 months) at an INS facility, awaiting deportation.

                                                Respectfully,

                                                /s/

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

I hereby certify that I have faxed and mailed the above sentencing memorandum to AUSA Michael Leibman on this _____ day of _____ 2007.

                                            _____/s/_____
                                            Nikki Lotze

Maureen Wise
487 Kearns Drive
Culpeper, VA2270l
 540-829-8391

Honorable James Robertson,

I Maureen M. Wise would like to write a letter of explanation on behalf of Kenneth E. Henry as to why he re- entered the country illegally, On March 6,2005 our son Kendall E.Hemy was admitted to Culpeper Regional Hospital for an unknown illness. The hospital staff and doctors told me that our son would need to have emergency surgery, and this could be life threatening for Kendall. Being a mother of five kids and not knowing the seriousness of our son' s condition I contacted Kenneth Hemy, requesting that he come back to the country to see our son and to help me with our other children.

Judge Robertson, 1 understand me asking Kemieth Henry to return back to the country illegally was wrong, but on behalf of our sick son I had no choice. I have created a problem as well as putting Kenneth Henry in violation of his probation amongst other violations. Please understand all that I was going through as a single mother of five kids, my choices and options were very limited, considering I don't have family that could assist me in the time of need with our children.

While Kenneth Henry was here he was a tremendous help to me and the kids, it allowed me not to miss work and to provide for our children, and he also assisted me financially by working at day labor jobs from time to time. He would get the kids ready for me in the morning due to my commute to work. He would also help in the night with their homework when needed.

This is not only a letter of explanation; I would like to also apologize for Kenneth Henry and the decision to re-enter the country illegally, on my behalf and our son. Please understand my situation I had basically no one else to help and five children. Kenneth being here gave us the opportunity to be a complete family, and for my kids to have their father in their lives meant a lotto us. Having Kenneth Henry separated from us has taken a toll on our children and it is now hard once again, so please except my apology.

Kenneth Henry and I both understand that re-entering the country was wrong and against your orders, and maybe we should have gone about this differently. As the mother of Kenneth Henry's children I would like to request when punishing him on his violation of probation ,and illegal entry that you understand the decision that Kenneth Henry made was based on his son Kendall's health and me needing assistance with our other children. Also I have attached a copy of the medical bill as proof of our son being hospitalized.

I would like to thank you in advance for taking the time to read my letter, explaining and if you have any questions please feel free to call me at the number above or this alternate number 202-271.5291.

Sincerely,

Maureen Wise

November 10, 2006

To Whom it May Concern:

I Maureen Wise would like to state that I have presented the billing statement for my son Kendall E. Henry whom was admitted to Culpeper Regional Hospital on March 6, 2005. That is the reason Kcnneth E. Henry came back to the United States because of his son. I was not sure what was wrong with my son and as a single parent at the time 1 believed that his father needed to be aware of his sons' illness. I would like to apologize for him re-entering the country on my behalf. 1 just didn't know what to do and I thought I was going to loose my son. I would like to thank you in advance for taking to time to read and understand my statement. If you would like for me to answer any questions please feel nee to contact me at anytime the number is 202-271-5291.

Thank You, Maurcen Wise


-U..a~f

:46 FROM: DISCOVERY COMM 24066218i~4i

CULPEPER REGIONAL HOSPITAL P.O. BOX 5.92
CUT..PEPER, VA 22701

HENRY I KENDALL

WISE,MAUREE'oN 487 KERNS DR CiJLi'EPER VA

22701

TO: 3016998706

VOOOO'3990520 03/06/05 03/08!(!)5 03/12/C

MEDICA!P OF VA

013125204044

0.3/06/05 03/07/05

03/06/05 03/06/05 03/08/05

03/0 03/0 03/0 03/0 03/0 03/0 03/0 03/0 03/0 03/0 03/0 03/0 03/0 03(0

6/05 6/05 6/05 6/05 6/05 6/05 7/05 7/05 7/05 7/05 8/05 8/05 8/05 9/05

03/0b/O5

03/06/05

03/07/05

03/06/05

*~* 3300100 3300100

160 SEMI PRIVATE R&B STEP ~OWN *** ROOM STEP STEPDOWN (N); ROOM 212/SD ROOM STEP STEPDOWN (N); ROOM 212/SD

*** 4301707 4301654 4300801

250 PHARMACY GENERAL *** SEVOFLURANE 1ST 30 MIN ZEMURON lOMG/ML 5 ML VIAL SALINE/HEPARIN LOCK FLUSH

1c1t"1r:

4320005 4300749 ~301280 4300,905 4300059 4300644 4302242 4301241 4301141 4300757 4300757 4300757 4300757 .~300757

:2 51 PlJARMACY GENERIC DRUGS *~"" APAP 120 MG SUPP
PROPOFOL 20 ML INJ
SEVOFLURANE GAS ( 3 0 MINS) SUCCINYL CHOLINE VIAL
ATROPINE O. 4MG AMP
TENSILON lOMG/lSML INJ APAP ELrX~R 325MGf12.5MLUD APAP ELIXIR
325MGf12.5MLUD APAP ELIXIR 325MG/12.5MLUD IBUPROFEN SUSP ~OO MG 5CC
IBUPROFEN SUSP ~oo MG 5CC IBUPROFEN SUSP lOa MG SCC IBUPROFEN SUSP lOa MG 5CC IBUPROFEN SUSP 100 MG ~CC

w1tw
0000441

0005105

000044.J.

~5S ~~Cy IV SOLUTIONS ~~*
TUBING IV FILTER TPN; TUBING IV FILTER TPN
TUBrNG BURETROL ADD-ON; TUBING BURETROL ADD-ON
TUBING IV FILTER TPN; TUBING IV
FILTER TPN

-** 0006675

270 Mis SUPPLY GENERAL *** PUMP LIFECARE HOURLY CHG VOOOO3990S20

1 1

971.0Q 971.0C -~-~~--- 1.94.2.00

J. J. 1

123.38 41.60 4.50

:1.69.48

2 :I. 2 ~ :I. 1 1 .1
1, ..
1 1 :1
c. ;1 Cc
~,

1-29 33.00 l.lO_.2G

~~---

182.26

J.

1

~

3.1

),5

37.76

1

CULPEPER REGIONAL HOSPITAL
~.O. BOX 592
CULPEPER, VA 22701

lIENRY I KENDALL

WISE, MAUREEN 487 KERNS DR CULPEP,ER VA

22701.

2

FIN1I.L

vooOO3.990S20 03/06/05 03!O8/qS 03/1.2/05

MEDICAID OF VA

013125204044

OJ/06/0S OJ/O6/05 OJ/O6/05 03/06/05 03/06/05

03/06/05

03/06/05

03/06/05

03/07/05

03/07/05

03/06/05 03/06/05 03/06/05 03/06/05 03/06/05

03/0rs/05 03/06/05 03/06/05 03/06/05 0:3/06/05 03/06/05 03/06/05 03/06/05 03/06/05 03/06/05 0:3/015/05 03/06/05

000048.1-
0000451 0000159 0000191 0000457

0000425

00004613

0000477

0000457

000611.7

SOLUTION IRRIGATION NACL 1000 TUBING IV PRIMARY lOO" KIT IV START CATHETER IV 20G J."
SOLUTION IV DS.4S% NACL lOOOCC;
SO~UT!ON !V P5.45% NACL lOOOCC
TUBING IV SECONDARY LIFESHIELD; TUBING IV SECONDARY LIFESKIELD
SOLUTION IV .4S% NACL 1000CC; SOLUTION IV .45%NACL 1000CC
SOLUTION IV .9% NACL SOCC, SOLUTION IV .9% NACL 50CC
SOLUTION IV D5.45% NACL 2000CC; SOLUTION IV DS.4S% NACL J.OOOCC
REAJ:lmA'I'H; READYBATH

*** 0000312 0000573 0000878 0000567 0000713

271 Mis SUPPLY NONSTERILE SUP .~~
HANDLE YANKAUER SUCTION CIRCUIT ANESTH DISP PAD RED GROUNDING
MASK CHILD FACE; MASK CHILD FACE
TUBE ENDOTRACHEAL UNCUFFED 5. 5; TUBE ENDOT~CHEAI. UNCUFFED S. 5

*** 0002061
00003J.3
0007791
00020,OJ.
0000086 0000146 0000068 0000074 0002075 0000034 0000055 0000506

272 Mis SUPPLY STERILE SUPPLY ***
SYRINGE CT MEDRAD
TUBE SUCT STRL 144 IN

LATEX FREE SUMP TUBE 16FR
TUBE SUCTION POOLE 8888-509703 GOWN SURGICAL LARGE CULTURETTES TRAY BASIN
PACK LAPAROTOMY IV
STAPLER SKIN PRO 35W DURA PREP
SPONGES DISSECTOR STERILE
CATHETER SUCXION 14FR; CATHET~R
VOOOO3,990520

1 1 1 1 1

1

1-

1.

1

1

51.10 37.29 9..96 10.69 51.06"

29.47

51.01

51.11

51.0,S

.9.16
~
361..96

1 1 1 1 1

2.45 28.95 20.35 10.29 6.75

68.79

1 1 1 1 1 1 1 1 1 1 J.

57.30 4.05 13.15 7.85 17.~0 2.27 120.95 70.15 66.10 ~6.80 7.45 3.07

CULPEPER REGIONAL HOSP!TAL P.O. BOX 592

cu;r..PEPER, VA 22701 ,

HENRY, KENDALL

WISE,MAtmEEN
487 KERNS DR CULPEPER VA

2.2701

3

FINAL

VOOOO3990S20 03/0E/OS 03/08/05 03/12/05

MEDICAID OF VA

013:125204044

03/06/05

03/06/05

03/06/05 03/06/05 03/06/05 03/06/05

03/06/05 03/06/05

03/06/05

02/06'/05

03/06/05

03/06'/05 03/06/05 03/06/05 03/07/05 03/08/05 03/08/05

03/06/05

03/06/05

0000052

0000880

0001537 0001565 0000812 0005098

0000302 0OO5b98

0005163

0000447

00050.98

SUCTION 14FR
CONTAINER SPEC~MEN ANAEROB~C; CONTAINER SPECIMEN ANAEROBIC
PENCIL ELECTRODE SURGICAL; PENCIL ELECTRODE SURGICAL SUTURE Jll2T
SUTURE J945H SUTURE JIll T
CANNULA !NTERLINK LEVER LOCK; CANNULA INTERLINK L:SWR LOCK
ADAPTER PRN I ADAPTER PRN
CANNULA INTERLINK LEVER LOCK; CANNULA INTERLINK LEVER LOCK
SET COLLEAGUE SYRINGE; SE~ COLLEAGUE SYRINGE 2CO169
SET EXTENSION 7 INCH W/CLAVEi SET EXTENSION 7 INCH W/CLAVE
CANNULA rnTERLINK LEVER LOCK; CANNULA INTERLINK LEVER LOCK

\*\*\* 0003045
4J.30J.J.0 4J.30J.J.J.
0003045 0003045 0003045

279 MIS OTHER S'
~UMP, LIP'ECARE OXYGEN NEBULIZE: OXYGEN NEBULIZE PUMP, LIFECARE
PUMP, LIFECARE
PUMP. LI FECARE
CANCELLED, PATI

UPPLIES!DEVICES \*\*\*
(PLUM)
R SET UP
RHRS (PLUM)
(PLUM)
(PLUM); ORDER
EN!' DISCHARGED

\*\*\*
409.9040

LABORATORY."\* ~ vENIPUNCTURE

\*\*\* 4090007

301 LABORATORY CHEMISTRY \*~\* BASIC ME'I'.n.BOLIC PANEL

VOOOO3990520

1

1

1 4 1 1.

1 3

2

J.

2

30.81

20.59

27.15 44.00 2.75 1-67

5.S5 5.01

49.70

11.76'

3-34

599.37

1 1 1 1 1 -1

2:: 3
2J 23 -23

19.20 ~2. 54 5.72 ~9-20 ~9.20 19.20

5J.6.66

1

7.95
7.95

1

:1.06.25
106.25

CULPEPER REGIONAL HOSPITAL P.O. BOX 592
CULPEPER, VA 2270J.

HENRY I KENDA.J'..r..

WISE/MAUREEN 4B7 KERNS DR
CULPEPER VA

2270J.

4

FINAL

VGOOO3990S20 03/06/05 03/08/05 03/12/05

MEDICAID OF VA

013J.25204044

03/06/05

02/06/05 03/06/05

0;;/06/05

03/06/05

03/06/05 03/0G/OS

03/06/05 03/06/05

03/06/05

03/06/05

03/07/05 03/07/05 03/0e/05

*** 4085022

305 LAB HEMATOLOGY *** COMPLE-rE BLOOD COUNT

*** 4087070 4087075

306 LAB BACTERIOLOGY/MICROBIO ***
CULTURE, Br.CTERIJ1,L AEROBIC ANAEROBIC CUL'l1.TP.E

***
408;1.000

307 LAB UROLOGY *** URINALYSIS ROUTINE

*** 4088304

3~2 LAB PATHOLOGY HISTOLOGY ***
LEV III-SURG PATH GROSS/MICRO

"** 4220133 4220142

352 CAT SCAN BODY ***
C . T . ABD WITH CONTRAST
C.T. PELVIS (LMTD) WI CONTRAST

*** 3600002 36000~0

360 OR SVCS GENERAL **'" SURGERY 3 0 MINUTES
SURGERY EACH ADD!. lS MINUTES

*** 3650010

370 ANESTHESIA GENERAL *** MONITORING SUPPLY CHARGE/ANEST

*** 3800128

450 EMERGENCY ROOM GENERAL *** LEVEL 4 ER VISIT

*** 4130241
-4130241-
4130241

460 PULMONARY FUNCTION GENERAL ~** BREATH!NG CAPACITY TEST, SPIRO
BREATHING CAPACITY TEST, SPIRO BREATHING CAPACITY TEST, SPIRO
VOOOO3990520

:I.

71.85
71.85

1- 1

157.15 lGl.1S
~ 318.30

1.

39.05 39.05

1

19.35 --~ 79.3$

]. ].

1.787.60 772.30
2559-90

:1. 4

1859.15 2035.60
3894.75

:J.

20.70
~M-
80.70

1

635.05
-~ 635.05

1 J. 1

39.25 39.25 39.25

FROM: DISCOVERY COMM 2406621874

CULPEPER REGIONAL HOSPITAL 1?O. BOX 5.92
CULPEPER. VA :22701

NRY,KENDALL

WISE, MAUREEN 487 KERNS DR CULPEPER VA

22701

TO: 3016998706

P:8/8

5

FINAL

VOOOO3990S20 03/06/05 03(0$/05 03/12/05

MEDICAID OF VA

013:125204044

","'-~-- i
l177~
.'" ..

'06/05 06'/05 06/05 06/05 06/05 06/05 06'/05 06/05 07(05 ~7(OS )7(05 )7(05 )7/05 )7/05 '7/05 f7/05 17/05 '7/05 7(05 8/05 S/05

*** 4300313 43100.94
431.0057 4300313 431.0056 4310056 4320056 4301.422 4300323 4300313 4300313 4300313 4310056
43:1.0056
431.0056 4310056 431.0056 431.0056 4310056 4300313 4300313

*** 3610001

63b DRUG SPEC ID DETAIL COD!NG CEFOXI'rIN 1 GM INJ
FENTANYL lOOMCG(2ML AMp MO~PHINE 4MG tNJ
CEFOXITIN:1 GM IN.]' MORPHINE 2MG INJ
MORPHINE 2MG INJ MORPHINE 2MG INJ ISOVUE lOOML 300
CEFOXITIN 1 GM INJ CEFOXITIN J. GM INJ CEFOX'ITIN 1 GM INJ CEFOXITIN J. GM INJ MORPHINE ?MG INJ MORPHINE 2MG INJ MORPHINE 2MG INJ MORPHINE 2MG INJ MORPHINE 2MG INJ MORPHINE 2MG INJ MORPHINE 2MG INJ
CEFOXITIN l GM INJ CEFOXITIN 1 GM INJ

710 RECOVERY ROOM GENERAL *~* RECOVERY ROOM 30 MINUTES

AMCD PMCD

**

RECEIPTS, ADJUSTMENTS, ETC. MEDICAID OF VA ADJ MEDICAID OF VA PMT

1 1
- l 1 1 J ~ jj :1 i )1 :I. 1 1 1 J. J. 1 l :1. 1

].

45.68 6.00 8.07 ~S.6S 8.07 8..07 8.07 165.00 45.68 45.68 45.68 45.68 8.07 8..07 8.07 B.07 8.07 8.07 8.07 45.6'8 45.68
~25.2J..

442.10
' ~- 442.10

.1 1

-.9463.41
-3393.08 -12856'.49

VOOOO3990520

12856.49 .128S6.4~ 0.00
0.00

0.00

COMM 2406621874

TO: 3016998706

Court N~me: District of Calu~ia
Llivigion: 1
Receipt N~~ber: 4&1~~889 Cd~hier IP: tforrest
Tr~nsaction ~~t~: 12/131Z8@6
Payer ~Q~: KENNETH fHENRY
C~INIH.Ql DEEr
For; I'iE/lmEnf œ 1:IE~Rr
Ca5elPartr~ D~DCX-l~ge~R-08B424~e81
/l:mlliDiit: ~18e. @8 ~

- CASH
A~t Tend~red~ $lB8.88
~ Total ¯u~: $lBB.86 Total Tend~red: $108.e~
Change ~t: ttJ.89