IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| v. | :   06cr299 |
| | :   (JR) |
| **KENNETH E. HENRY** | : |

ORDER FOR SPEEDY DEPORTATION

Upon the unopposed motion of counsel and for good cause shown, the Court hereby

ORDERS that Kenneth Earl Henry, DOB 8/20/73, FBI No. 306544FB3, Alien # 37776124, having agreed to a stipulated judicial order of removal and having waived his right to notice and a hearing under the Immigration and Nationality Act, be deported upon completion of his sentence in the above captioned case, without continued detention at an INS/ICE facility.

_____
Honorable James Robertson
U.S. District Court Judge

cc:

United States Immigration and Customs Enforcement
Office of Detention and Removal Operations
801 I Street, NW
Suite 900
Washington, D.C. 20536

Kelli Cave
U.S. Probation Officer
Courthouse
300 Constitution Ave., NW
Washington, D.C. 20001

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737

AUSA Michael Leibman
Office of the United States Attorney
555 Fourth Street NW
Washington, D.C. 20530