UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**           )
                                       )
           v.                          )  No. 06-CR-299-JR
                                       )
**KENNETH E. HENRY,**                  )
                                       )
              **Defendant.**           )

<u>Government's Memorandum in Opposition to Defendant's Proposed
             Order for Speedy Deportation</u>

   The United States of America, by and through the United States Attorney for the District of Columbia, hereby opposes defendant Kenneth E. Henry's proposed Order for Speedy Deportation.

   The government objects to the proposed order because it is mandatory, ordering that the defendant "be deported upon completion of his sentence in the above captioned case, without continued detention in an INS/ICE facility." When defense counsel raised this subject at the sentencing in this matter, the government did not object, because the Court stated on the record that it would not issue an order mandating speedy deportation, but would issue an order requesting it. The proposed order is also confusing, because it suggests that partial compliance can be met if the defendant is released from detention in an "INS/ICE facility," even if not deported from the United States.

    The specific proposed order filed by the defendant was not reviewed by the government prior to its filing.

```
                  Respectfully submitted,

                  JEFFREY A. TAYLOR
                  UNITED STATES ATTORNEY


                         /s/
        by:       _____
                  Michael C. Liebman
                  Assistant United States Attorney
                  D.C. Bar No. 479562
                  555 Fourth Street, N.W., room 4231
                  Washington, D.C.  20530
                  353-2385
                  michael.liebman@usdoj.gov
```