IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | 06cr299 |
| : | (JR) |
| **KENNETH E. HENRY** : | |

MOTION TO AMEND PREVIOUSLY FILED ORDER FOR SPEEDY DEPORTATION

Kenneth Henry, by and through undersigned counsel, hereby submits the attached revised Order for Speedy Deportation, with her apologies to the government for not submitting the first Order for the government's review prior to filing.

The government has now reviewed the Order and has no objection to it with the modifications now included.

Counsel regrets any inconvenience her premature submission of the Order may have caused.

Respectfully submitted

_____/s/_____
Nikki Lotze
Counsel for Mr. Henry

CERTIFICATE OF SERVICE

_____I hereby certify that I have faxed and mailed the above motion to AUSA Michael Liebman, Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530, this 7th day of February, 2007.

_____/s/_____
Nikki Lotze

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 06cr299 |
| | : | (JR) |
| **KENNETH E. HENRY** | : | |

ORDER FOR SPEEDY DEPORTATION

Upon the unopposed motion of the defendant and for good cause shown, the Court hereby ORDERS that Kenneth Earl Henry, DOB 8/20/73, FBI No. 306544FB3, Alien # 37776124, having agreed to a stipulated judicial order of removal and having waived his right to notice and a hearing under the Immigration and Nationality Act, upon completion of his prison sentence in the above captioned case, be deported as soon as practicable.

_____
Honorable James Robertson
U.S. District Court Judge

cc:
United States Immigration and Customs Enforcement
Office of Detention and Removal Operations
801 I Street, NW
Suite 900
Washington, D.C. 20536

Kelli Cave
U.S. Probation Officer
Courthouse
300 Constitution Ave., NW
Washington, D.C. 20001

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737

AUSA Michael Leibman
Office of the United States Attorney
555 Fourth Street NW
Washington, D.C. 20530