## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RECEIVED
ANNEX
2007 JAN -8 A 10: 20
U.S. PROBATION OFFICE
DISTRICT OF COL
FILED

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: **06-CR-299** ( JR ) |
| | : | SSN: |
| **vs.** | : | |
| | : | |
| **HENRY, Kenneth Earl** | : | Disclosure Date: **December 28, 2006** |

FEB 0 8 2007

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned
further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
(✓)    There are no material/factual inaccuracies therein.
(  )    There are material/factual inaccuracies in the PSI report as set forth in the
        attachment herein.

_____                    _____1/11/2007_____
**Prosecuting Attorney**                                              **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
(✗)    There are no material/factual inaccuracies therein.
(  )    There are material/factual inaccuracies in the PSI report as set forth in the
        attachment.

X Kenneth Henry    1/3/07                 _____    1/3/07
**Defendant**            **Date**              **Defense Counsel**          **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **January 11, 2007**, to U.S. Probation Officer **Kelli
Cave**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Gennine A. Hagar, Acting Chief
           United States Probation Officer

**Receipt and Acknowledgment**                                            **Page 2**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Signed by:**    _____
                  **(Defendant/Defense Attorney/AUSA)**

**Date:**         _____