**FILED**

FEB 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | **06cr299** |
| | : | **(JR)** |
| KENNETH E. HENRY | : | |

### ORDER FOR SPEEDY DEPORTATION

Upon the unopposed motion of the defendant and for good cause shown, the Court hereby

ORDERS that Kenneth Earl Henry, DOB 8/20/73, FBI No. 306544FB3, Alien # 37776124,

having agreed to a stipulated judicial order of removal and having waived his right to notice and a

hearing under the Immigration and Nationality Act, upon completion of his prison sentence in the

above captioned case, be deported as soon as practicable.

_____
James Robertson
U.S. District       Judge

cc:
United States Immigration and Customs Enforcement
Office of Detention and Removal Operations
801 I Street, NW
Suite 900
Washington, D.C. 20536

Kelli Cave
U.S. Probation Officer
Courthouse
300 Constitution Ave., NW
Washington, D.C. 20001

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737